**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 250
Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
By:    Nada M. Peters, Esq. (NJ Att. Id: 027942004)
Michael C. DeBenedetto III, Esq. (NJ Att. Id: 264962018)
Email:  npeters@darcambal.com
           mdebenedetto@darcambal.com
Attorneys for Defendants, Walmart, Inc. and The Golf Center Inc.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE DELANEY,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. and THE GOLF CENTER INC.,<br><br>Defendants. | Civil Action No.: 2:23-cv-03906<br><br><br>**L. CIV. R. 7.1.1. DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING** |

Pursuant to Local Civil Rule 7.1.1., Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart, Inc. and The Golf Center Inc.) (hereinafter referred to as "Defendant"), hereby identifies any person or entity that is not a party and is providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance, as follows:

None.

Dated:  July 21, 2023                /s/ Nada M. Peters
                                                  Nada M. Peters, Esq.
                                                  **D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
                                                  Four Century Drive | Suite 250
                                                  Parsippany, New Jersey 07054

Tel.: 973.734.3200
Fax: 973.734.3201
Email: npeters@darcambal.com
Attorneys for Defendants, Walmart, Inc. and
The Golf Center Inc.